IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LE BON BRUCE WALKER #239092          *
PATRICIA ANNETTE LEE-WALKER
    #909887,                         *

       Plaintiffs,                    *

    v.                                   *   CIVIL ACTION NO. DKC-94-3315

ANNA LAURA HALL, *et al.,*                *

       Defendants.                    *

            *     *     *     *     *     *     *

**DEFENDANT CAMPBELL'S JULY 3, 2003 STATUS REPORT**

Defendant I. Matthew Campbell, Jr. files this status report in accordance with the Court's prior instructions. On June 27, 2002, the Circuit Court for Baltimore City entered an order denying plaintiff Le Bon Bruce Walker's motion seeking reconsideration of the circuit court's order vacating its prior habeas decision. Mr. Walker noted an appeal from that decision to the Court of Special Appeals, which heard oral argument on February 11, 2003. The court's decision is pending. Regardless of whether he succeeds in that case, which does not involve a challenge to the validity of his convictions but rather presents questions concerning the sentencing calculations, no further proceedings should take place in this case until, at a minimum, post-conviction proceedings in the Circuit Court for Montgomery County are completed. Moreover, for the reasons stated in Mr. Campbell's prior status reports, this case should not be reopened because Mr. Walker has failed to pursue, much less obtain, a State court habeas adjudication invalidating his convictions. *See Heck v. Humphrey*, 512 U.S. 477, 489 (1994) ("Even a prisoner who has fully exhausted available state remedies has no cause of action under § 1983 unless and until the conviction or sentence is reversed, expunged, invalidated, or impugned by the grant of a writ of habeas

corpus.").

For these reasons, this Court should not lift its stay of this case.

Respectfully submitted,

J. JOSEPH CURRAN, JR.
Attorney General of Maryland

_____
ANDREW H. BAIDA
Solicitor General
Bar No. 07861
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
(410) 576-6318
(410) 576-6955 (fax)

Attorneys for Defendant
I. Matthew Campbell, Jr.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that copies of the foregoing Report were sent this 3rd day of

July, 2003, by electronic filing to J. Stephen McAuliffe, III, Esq., Miles & Stockbridge, 22

West Jefferson Street, Rockville, Maryland 20850 and first class mail, postage prepaid, to:

Le Bon Bruce Walker
MHC
P.O. Box 534
Jessup, Maryland 20794

Anna Laura Hall
8300 Plaza Gate Lane South
No. 144
Jacksonville, Florida 32217

The Honorable Roberto A. Arias
Duval County Courthouse
Room 324
300 E. Bay Street
Jacksonville, Florida 32202

Larry Nathans, Esquire
210 East Lexington Street, Suite 200
Baltimore, Maryland 21202

James C. Savage, Esquire
101 Monroe Street, 3rd Floor
Rockville, MD 20850

Mark J. Donohue, Esq.
US Securities and Exchange Commission
450 Fifth St. NW
Washington, DC 20549

2

_____
ANDREW H. BAIDA
Solicitor General